■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WINSTON JONES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lombardo, J.), rendered December 14, 1983.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9).* Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.